IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES OYLER                                                                                                  PLAINTIFF

V.                      CASE NO. 3:20-CV-00371 JM-JTK

SOCIAL SECURITY ADMINISTRATION                             DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 12th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE