**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES OYLER**                                                                                          **PLAINTIFF**

**V.**                                   **CASE NO. 3:20-CV-00371 JM-JTK**

**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 12th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE